**JUDGE MANNING**
**MAGISTRATE JUDGE SCHENKIER**

**08 C 167**



Exhibit 1