**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Aziz Maly
                              Plaintiff,

v.                                                    Case No.: 1:08−cv−00167
                                                      Honorable Blanche M. Manning

Michael Mukasey, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge Blanche M. Manning : Defendant fails to appear. Status hearing held. Plaintiff's oral motion to dismiss this case with prejudice is granted. Civil case terminated. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.